Civil-Trial (3/7/2011)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____   START TIME: _____   END TIME: _____
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. _____

_____

                                                                    _____
                                                                    Plaintiff's Counsel
                    vs
                                                                    _____
                                                                    Defendant's Counsel
_____

**CIVIL JURY/COURT TRIAL**

☐ …………Jury of _____ reported.   Jury sworn
☐ …………Juror # _____ excused.
☐ …………Jury Trial held   ☐ Jury Trial continued until _____ at _____
☐ ………… Court Trial begun   Court Trial held   Court Trial continued until _____
☐ ………… Court Trial concluded   ☐ DECISION RESERVED
☐ …..#_____ Motion_____ ☐granted ☐denied ☐advisement
☐ ….#_____ Motion_____ ☐granted ☐denied ☐advisement
☐ …#_____ Motion_____ ☐granted ☐denied ☐advisement
☐ …#_____ Motion_____ ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____ ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____ ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____ ☐granted ☐denied ☐advisement
☐ …… Oral Motion_____ ☐granted ☐denied ☐advisement
☐ …… _____ ☐filed ☐docketed
☐ …… _____ ☐filed ☐docketed
☐ …… _____ ☐filed ☐docketed
☐ …… _____ ☐filed ☐docketed
☐ …… _____ ☐filed ☐docketed
☐ ………… Plaintiff(s) rests   ☐ Defendant(s) rests
☐ ………… Briefs(s) due __ Pltf _____ __ Deft _____ Reply _____
☐ ………… ☐ Summations held   ☐ Court's Charge to the Jury
☐ ………… All full exhibits, ☐ Verdict form,   Interrogatories to the jury handed to jury
☐ ………… Jury commences deliberations at _____
☐ ………… Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
☐ ………… SEE page 2 for xxxxxdxxt
☐ ………… COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____